1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | Civil No.   09CV1269-JM (CAB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| $14,300.00 in U.S. CURRENCY, | |
| Defendant. | |

Good cause appearing, it is hereby ordered that the telephonic Early Neutral Evaluation currently set for September 2, 2009, at 9:30 a.m. is RESET for **September 9, 2009 at 1:30 p.m.** Plaintiff's counsel shall coordinate and initiate the conference call.

DATED: August 24, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

1

09cv1269